NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ERNEST S. MARSHALL and PATRICIA K. )
MARSHALL, Former Permanent )
Guardians; and JILL P. ZINK, )
)
      Appellants, )
)
v. )    Case No. 2D18-1603
)
BRYAN T. ZINK, )
)
      Appellee. )
_____ )

Opinion filed March 6, 2019.

Appeal from the Circuit Court for Manatee
County; Brian A. Iten, Judge.

Ernest S. Marshall, Patricia K. Marshall,
and Jill P. Zink, Bradenton, pro se.

Bryan T. Zink, pro se.


PER CURIAM.

      Affirmed.


SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.